# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MARCUS ADAMSON,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>EAST PENN LOGISTICS, LLC;<br>LARRY ALLEN WARNER; and<br>DOES 1–10,<br><br>　　　　　　Defendants. | CV-20-42-GF-BMM-JTJ<br><br>Order |

Pursuant to the Stipulation filed by the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice.

Each party shall pay its own costs and attorney fees.

DATED this 20th day of May, 2021.

_____
Brian Morris, Chief District Judge
United States District Court